# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Ruth M. Marion

                Plaintiff,

v.                                        Case No.: 1:17–cv–05792
                                          Honorable Samuel Der–Yeghiayan

Roundy's Supermarkets, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 19, 2017:

    MINUTE entry before the Honorable Samuel Der–Yeghiayan: Motion hearing held on 10/19/17. Motion by Defendant for leave to file excess pages [17] is granted as to both parties. Motion hearing date of 10/24/17 is stricken. Motion by Defendant to substitute party [11] is granted. Defendant filed a motion to dismiss [15], Plaintiff to file a response by 2/23/18, reply to be field by 3/30/18. Status hearing set for 5/17/18 at 9:00 a.m. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.